## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| GRANT LONG, | * |
| | * |
| Plaintiff, | * |
| v. | *   No. 2:18cv00005-JLH-JJV |
| | * |
| CITY OF FORREST CITY, ARKANSAS; *
 *et al*. | * |
| | * |
| Defendants. | * |

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before either the district judge or magistrate judge, you must, at the time you file your written objections, include the following:

1.   Why the record made before the magistrate judge is inadequate.

2.   Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the magistrate judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the district judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Grant Long ("Plaintiff") filed this action pursuant to 42 U.S.C. § 1983 and the Arkansas Civil Rights Act on January 8, 2018. (Doc. No. 2.) In a January 30, 2018, Order, I offered Plaintiff the opportunity to file a superseding amended complaint within thirty days. (Doc. No. 4.) As explained in the Order, Plaintiff's claims as originally stated were little more than a list of names and allegations that largely did not indicate any personal connection, much less harm, to him. (*Id*. at 1.) For example, Plaintiff appears dissatisfied that Defendant Darren Smith took his nephew's dog. (Doc. No. 2, at 4, 11.) Further, while Plaintiff makes allegations that certain Defendants did not allow him to park his tractor trailer in a residential area, these allegations do not appear to constitute a violation of federally-protected rights. (*Id*. at 3, 10-11.) Accordingly, the January 30, 2018, Order asked Plaintiff to: name each party he believes deprived him of his constitutional rights and whom he wishes to sue in this action; provide specific facts against each named defendant in a simple, concise, and direct manner, and indicate dates, times, and places, if applicable; indicate the capacity in which he is suing each defendant; explain how each defendant's actions allegedly harmed him personally; and explain the relief he seeks. (Doc. No. 4, at 2).

More than thirty days have now passed, and Plaintiff has not complied with or otherwise responded to my Order. He was warned that such failure would result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 5.5(c)(2). (*Id.*)

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

DATED this 7th day of March, 2018.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE