IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

GRANT LONG                                                                                        PLAINTIFF

v.                                   NO: 2:18CV00005 JLH

CITY OF FOREST CITY,
ARKANSAS; *et al*.                                                                            DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, plaintiff's complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). Document #2.

IT IS SO ORDERED this 29th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE