# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

GRANT LONG                                                                                      PLAINTIFF

v.                                    NO: 2:18CV00005 JLH

CITY OF FOREST CITY,
ARKANSAS; *et al*.                                                                         DEFENDANTS

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 29th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE